MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
david.bober@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
XIAO DAN HU,

           Plaintiff,

       - v. -

MICHAEL CHERTOFF, et al.,

           Defendants.
------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 4569 (RPP)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
       July 21, 2008

LAW OFFICES OF
YEE LING POON
Attorneys for Plaintiff

By: _____
YEE LING POON, ESQ.
11 East Broadway, 5th Floor
New York, NY 10038
(212) 385-4575

Dated: New York, New York
      July 21, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2718

SO ORDERED: July 23, 2008

_____
HON. ROBERT P. PATTERSON
United States District Judge